US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

APR 16 2025

By_____ Ronald E. Dowling
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:25cr50048 |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 371 |
| | ) 18 U.S.C. § 554(a) |
| RONY OMAR GUTIERREZ-GUTIERREZ | ) 18 U.S.C. § 922(a)(6) |
| AMARILYS APONTE MADERA | ) 18 U.S.C. § 924(a)(2) |

**INDICTMENT**

The Grand Jury Charges:

**INTRODUCTION**

At all times material to this Indictment, unless otherwise set forth, with all dates and times alleged to be "on or about" or "in or about" and all amounts alleged to be approximate:

1. The Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code 58.

2. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 *et seq*.

3. Firearms are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

1

4. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires an export license.

5. The firearms in this case qualify as United States CCL items, and therefore are prohibited by law for export from the United States into Republic of Mexico without a valid export license.

6. Defendants Rony Omar Gutierrez-Gutierrez and Amarilys Aponte Madera did not have a license or any legal authority to export firearms out of the United States to the Republic of Mexico.

## COUNT ONE

7. Beginning on an unknown date but at least as early as August 2022, and continuing through at least, November 7, 2022, within the Western District of Arkansas and elsewhere, Defendants, **RONY OMAR GUTIERREZ-GUTIERREZ ("GUTIERREZ") and AMARILYS APONTE MADERA ("MADERA"),** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together to commit offenses against the United States, that is: to fraudulently or knowingly export and send from the United States, or attempt to export or send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and Title 15, Code of Federal Regulations Section 730 *et seq.*, and did receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554(a).

## PURPOSE OF THE CONSPIRACY

8.      During the period of the conspiracy, beginning at least as early as August 2022 and continuing to at least November 2022, in furtherance of the conspiracy to commit Smuggling Goods Outside of the United States, the Defendants committed and assisted in the commission of the unlawful smuggling of firearms from the United States into the Republic of Mexico. The firearms smuggled or intended to be smuggled in the course of this conspiracy include:

(1) One Kimber, Target II, .45 caliber, pistol, serial number: K452200,
(2) One Ruger, 57, 5.7x 28 caliber, pistol, serial number: 643-12695
(3) One Tisas- Türkiye, M1911-A1, 9mm, pistol, serial number: T0620-21K02886
(4) One Smith and Wesson, M&P380, .380 caliber, pistol, serial number KNE1986
(5) One Smith and Wesson, SD9VE, 9mm caliber, pistol, serial number FDB5395
(6) One Glock, 23, .40 caliber, pistol, serial number: BDNP552
(7) One Glock, 22, .40 caliber, pistol, serial number: PZL668
(8) One Glock, 19, 9mm, pistol, serial number BPVW213
(9) One Palmetto State Armory, PSAK-47, 7.62x39 caliber, rifle, serial number AK6022829
(10) One Glock, 19, 9mm, pistol, serial number BDVD45
(11) One Anderson, AM-15, multi caliber, rifle, serial number: 19216053
(12) One Barrett, .50 caliber, model: M82A1, rifle, serial number: AA013882

## THE MANNER AND MEANS OF THE CONSPIRACY

9.      The means and methods employed by Defendants, **GUTIERREZ, MADERA,** and others known and unknown by the Grand Jury to carry out the conspiracy, in the Western District of Arkansas and elsewhere, and effect its unlawful objects are as follows:

10.     With the knowledge and intention that the firearms ultimately would be transported from the United States into the Republic of Mexico, members of the conspiracy would place an order for firearms to be purchased from a federal firearm licensed dealer.

11.     **GUTIERREZ** and **MADERA** would complete the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Form 4473, Firearms Transaction Record,

3

stating they were the true transferee and buyer of the firearm to facilitate the purchase of the firearms.

12.     **GUTIERREZ** and **MADERA** provided the firearms to members of the conspiracy.

13.     Members of the conspiracy then provided the firearms to others for delivery into the Republic of Mexico.

14.     Members of the conspiracy would provide United States currency as payment to **GUTIERREZ** for his participation in the crime.

15.     Neither **GUTIERREZ** and **MADERA** nor other members of the conspiracy and other did not have any valid export license and a legal written authorization from the Department of Commerce to export the firearms from the United States into the Republic of Mexico.

## OVERT ACTS

16.     In furtherance of the conspiracy, one or more of the co-conspirators committed, and caused to be committed, in the Western District of Arkansas and elsewhere, the overt acts described below:

17.     At least as early as August 2022, **GUTIERREZ** agreed to purchase firearms for other members of the conspiracy in the Republic of Mexico.

18.     On August 20, 2022, **GUTIERREZ** entered Big Brother Pawn #1, a Federal Firearms Licensee ("FFL") in the Western District of Arkansas, Fayetteville Division, and completed ATF Form 4473 purchasing the following four firearms:

(1) One Kimber, Target II, .45 caliber, pistol, serial number: K452200,
(2) One Ruger, 57, 5.7x 28 caliber, pistol, serial number: 643-12695
(3) One Tisas- Türkiye, M1911-A1, 9mm, pistol, serial number: T0620-21K02886
(4) One Smith and Wesson, M&P380, .380 caliber, pistol, serial number KNE1986

4

19. On August 23, 2022, **GUTIERREZ** and **MADERA** transported these four firearms to the Rio Grande Valley area in Alamo, Texas, and transferred them to other members of the conspiracy, who then paid **GUTIERREZ** for purchasing and transporting the firearms.

20. On September 8, 2022, **GUTIERREZ** entered C&S Pawn, a Federal Firearms Licensee (FFL) located within the Western District of Arkansas, Fayetteville Division, and completed ATF Form 4473 purchasing one firearm, that is one Smith and Wesson, SD9VE, 9mm caliber, pistol, serial number FDB5395.

21. On September 11, 2022, **GUTIERREZ** entered Big Brother Pawn #1, a FFL, and completed ATF Form 4473 and purchased the following three firearms:

(1) One Glock, 23, .40 caliber, pistol, serial number: BDNP552
(2) One Glock, 22, .40 caliber, pistol, serial number: PZL668
(3) One Glock, 19, 9mm, pistol, serial number BPVW213

22. On or about September 12, 2022, **GUTIERREZ** entered C&S Pawn, a FFL, and completed ATF Form 4473 purchasing one firearm, that is one Palmetto State Armory, PSAK-47, 7.62x39 caliber, rifle, serial number AK6022829.

23. On September 12, 2022, **MADERA** entered Big Brother Pawn #1, a FFL, and completed ATF Form 4473 purchasing one firearm, that is one Glock, 19, 9mm, pistol, serial number BDVD45.

24. On September 14, 2022, **MADERA** entered Big Brother Pawn #1, a FFL, and completed ATF Form 4473 purchasing one firearm, that is One Anderson, AM-15, multi caliber, rifle, serial number: 19216053.

25. On September 17, 2022, **GUTIERREZ** and **MADERA** transported these seven firearms, purchased between September 8 and September 14, 2022, to the Rio Grande Valley area in Alamo,

Texas, and transferred them to other members of the conspiracy who then paid **GUTIERREZ** for purchasing and transporting the firearms.

26. At least as early as October 27, 2022, members of the conspiracy asked **GUTIERREZ** to purchase a specific make, model, and color of a Barrett .50 caliber rifle.

27. On October 27, 2022, **GUTIERREZ** ordered a Barrett, .50 caliber, M82A1, rifle, serial number: AA013882 ("Barrett .50 caliber rifle"), and had it shipped to Ozark Armory, a FFL located within the Western District of Arkansas, Fayetteville Division, and completed ATF Form 4473 purchasing the firearm.

28. On November 1, 2022, **GUTIERREZ** traveled to Ozark Armory, a FFL, and recertified the ATF Form 4473, and the possession of the Barrett .50 caliber rifle transferred to him.

29. On November 5, 2022, **GUTIERREZ** and **MADERA** transported the firearm to the Rio Grande Valley area in Alamo, Texas, and transferred it to other members of the conspiracy who had agreed to pay **GUTIERREZ** for purchasing and transporting the firearm, once the firearm was received by a co-conspirator from the Republic of Mexico.

30. On November 7, 2022, around 13:26 hours, E.S., a member of the conspiracy charged elsewhere, was intercepted and arrested at the United States border attempting to transport the same Barrett .50 caliber rifle into the Republic of Mexico.

31. On November 7, 2022, after E.S.'s arrest, a member of the conspiracy instructed **GUTIERREZ** to report the Barrett .50 caliber rifle stolen due to its interception and the arrest of E.S.

32. On November 7, 2022, around 14:10 hours, **GUTIERREZ** reported the Barrett .50 caliber rifle as stolen to the Springdale, Arkansas Police Department.

33. On all the above referenced ATF Form 4473s, **GUTIERREZ** and **MADERA** both falsely stated that they were the true transferee and buyer of those firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

34. Between August 20, 2022 through November 1, 2022, in the Western District of Arkansas, Fayetteville Division, **RONY OMAR GUTIERREZ-GUTIERREZ** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, or in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

(1) One Kimber, Target II, .45 caliber, pistol, serial number: K452200,
(2) One Ruger, 57, 5.7x 28 caliber, pistol, serial number: 643-12695
(3) One Tisas- Türkiye, M1911-A1, 9mm, pistol, serial number: T0620-21K02886
(4) One Smith and Wesson, M&P380, .380 caliber, pistol, serial number KNE1986
(5) One Smith and Wesson, SD9VE, 9mm caliber, pistol, serial number FDB5395
(6) One Glock, 23, .40 caliber, pistol, serial number: BDNP552
(7) One Glock, 22, .40 caliber, pistol, serial number: PZL668
(8) One Glock, 19, 9mm, pistol, serial number BPVW213
(9) One Palmetto State Armory, PSAK-47, 7.62x39 caliber, rifle, serial number AK6022829
(10) One Barrett, .50 caliber, M82A1, rifle, serial number: AA013882

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b), and Title 15, Code of Federal Regulations, 730 *et seq.*

In violation of Title 18, United States Code, Sections 554(a).

7

## COUNT THREE

35. Between September 12, 2022, through September 17, 2022, in the Western District of Arkansas, Fayetteville Division, **AMARILYS APONTE MADERA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, and object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

(1) One Glock, 19, 9mm, pistol, serial number BDVD45
(2) One Anderson, AM-15, multi caliber, rifle, serial number: 19216053

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b), and Title 15, Code of Federal Regulations, 730 *et seq*.

In violation of Title 18, United States Code, Sections 554(a).

## COUNT FOUR

36. On August 20, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **RONY OMAR GUTIERREZ-GUTIERREZ**, in connection with the acquisition and attempted acquisition of any one or more of the following firearms:

(1) One Kimber, Target II, .45 caliber, pistol, serial number: K452200,
(2) One Ruger, 57, 5.7x 28 caliber, pistol, serial number: 643-12695
(3) One Tisas- Türkiye, M1911-A1, 9mm, pistol, serial number: T0620-21K02886
(4) One Smith and Wesson, M&P380, .380 caliber, pistol, serial number KNE1986

All from Big Brother Pawn #1, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact

8

of the lawfulness of the sale of the firearms to the defendant, in that **RONY OMAR GUTIERREZ- GUTIERREZ** stated on ATF Form 4473, question 21(a), that he was "the actual transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact he was not the actual transferee because he was buying the firearms for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

37. On September 8, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **RONY OMAR GUTIERREZ-GUTIERREZ**, in connection with the acquisition and attempted acquisition of the following firearm: one Smith and Wesson, SD9VE, 9mm caliber, pistol, serial number FDB5395, from C&S Pawn, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **RONY OMAR GUTIERREZ- GUTIERREZ** stated on ATF Form 4473, question 21(a), that he was "the actual transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact he was not the actual transferee because he was buying the firearm for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX

38. On September 11, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **RONY OMAR GUTIERREZ-GUTIERREZ**, in connection with the acquisition and attempted acquisition of any one or more of the following firearms:

(1) One Glock, 23, .40 caliber, pistol, serial number: BDNP552
(2) One Glock, 22, .40 caliber, pistol, serial number: PZL668

(3) One Glock, 19, 9mm, pistol, serial number BPVW213

All from Big Brother Pawn #1, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **RONY OMAR GUTIERREZ- GUTIERREZ** stated on ATF Form 4473, question 21(a), that he was "the actual transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact he was not the actual transferee because he was buying the firearms for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN

39. On September 12, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **RONY OMAR GUTIERREZ-GUTIERREZ**, in connection with the acquisition and attempted acquisition of the following firearm: one Palmetto State Armory, PSAK-47, 7.62x39 caliber, rifle, serial number AK6022829, from C&S Pawn, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **RONY OMAR GUTIERREZ- GUTIERREZ** stated on ATF Form 4473, question 21(a), that he was "the actual transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact he was not the actual transferee because he was buying the firearm for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT

40. On September 12, 2022, in the Western District of Arkansas, Fayetteville Division, Defendant **AMARILYS APONTE MADERA** in connection with the acquisition and attempted acquisition of the following firearm: Glock, 19 9mm, pistol serial number BDVD45, from Big Brother Pawn #1, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **AMARILYS APONTE MADERA** stated on ATF Form 4473, question 21(a), that she was "the actual transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact she was not the actual transferee because she was buying the firearm for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE

41. On September 14, 2022, in the Western District of Arkansas, Fayetteville Division, Defendant **AMARILYS APONTE MADERA** in connection with the acquisition and attempted acquisition of the following firearm: Anderson, AM-15, multi caliber, rifle, serial number: 19216053, from Big Brother Pawn #1, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **AMARILYS APONTE MADERA** stated on ATF Form 4473, question 21(a), that she was "the actual

transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact she was not the actual transferee because she was buying the firearm for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TEN

42. On October 27, 2022 and November 1, 2022, in the Western District of Arkansas, Fayetteville Division, Defendant **RONY OMAR GUTIERREZ- GUTIERREZ** in connection with the acquisition and attempted acquisition of the following firearm: Barrett, .50 caliber, (M82A1), rifle, serial number: AA013882, from Ozark Armory, Springdale, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **RONY OMAR GUTIERREZ- GUTIERREZ** stated on ATF Form 4473, question 21(a), that he was "the actual transferee/buyer of all of the firearm(s) listed" on that form, when in truth and fact he was not the actual transferee because she was buying the firearm for other individuals.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: [signature]
Briana Robbins
Assistant U. S. Attorney
Bar No. 2018157
414 Parker Avenue
Fort Smith, AR 72901